OCCANEECHI BAND OF THE SAPONI NATION v.
N.C. COMM'N OF INDIAN AFFAIRS

No. 527P01

Case below: 145 N.C. App. 649

Petition by defendant for writ of supersedeas denied 8 November 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001. Motion by defendant for temporary stay dissolved 8 November 2001.

REID v. TOWN OF MADISON

No. 459PA01

Case below: 145 N.C. App. 146

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 November 2001.

ROYAL v. HARTLE

No. 470P01

Case below: 145 N.C. App. 181

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 23 October 2001.

SESSLER v. MARSH

No. 463P01

Case below: 144 N.C. App. 623

Motion by defendant for temporary stay allowed 4 October 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001. Petition by defendant for writ of supersedeas denied and temporary stay dissolved 8 November 2001.

SHAMMA v. ALKHALDI

No. 590P01

Case below: 146 N.C. App. 447

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.